247 So.2d 392

**STATE of Louisiana ex rel. Samuel Lee STARKS**

**v.**

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 51315.

May 13, 1971.

In re: Samuel Lee Starks applying for writ of habeas corpus.

Writ denied: The evidence educed in original proceedings or at evidentiary hearing on habeas corpus application shows fully voluntary and intelligent plea of guilty with adequate assistance of counsel.

BARHAM, J., recused having participated in some part of the proceedings in the trial court.

247 So.2d 393

**Stephen H. HARMON**

**v.**

**LOUISIANA WILDLIFE AND FISHERIES COMMISSION.**

No. 51321.

May 13, 1971.

In re: Stephen H. Harmon applying for certiorari or writ of review to the Court of

Appeal, First Circuit, State Civil Service Commission. 244 So.2d 922.

Writ refused. The result is correct.